UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA DEIGHTON, on his own behalf and on behalf of his beneficiary son, C.D., and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>Defendant. | Case No. CV 21-7558-DMG (PVCx)<br><br>**ORDER APPROVING STIPULATION TO DISMISS ENTIRE ACTION [43]** |

The Court, having reviewed the Parties' Stipulation to Dismiss the Entire Action, and good cause appearing, **ORDERS** as follows:

1. All of Plaintiff Joshua Deighton's individual claims in this action are dismissed with prejudice.

2. Any remaining class claims are dismissed without prejudice.

3. Except as otherwise provided by the terms of the parties' settlement agreement, each party will bear its own respective attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: July 28, 2022

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

- 1 -